**CLOSED**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY GURULE,<br><br>        Plaintiff,<br><br>vs.<br><br>AIRBNB, INC.; VALIANT GROUP OF CALIFORNIA LLC; VALIANT MUSIC GROUP, business form unknown; NASHAWN DURDEN, an individual; ASHTON TYLER ENOCH, an individual; SIRE ALEXANDER DURDEN, an individual; DOES 1 TO 100.<br><br>        Defendants | Federal Case No. 2:23cv08067CAS(JCx)<br><br>**ORDER RE: JOINT STIPULATION FOR DISMISSAL**<br>State Action filed: 09/26/2023 |

Upon consideration of the Joint Stipulation for Dismissal submitted by Plaintiff CODY GURULE and Defendants VALIANT GROUP OF CALIFORNIA LLC, VALIANT MUSIC GROUP, NASHAWN DURDEN, ASHTON TYLER ENOCH, SIRE ALEXANDER DURDEN, IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: July 14, 2025          By: _____ *Christine A. Snyder* ___

                                HONORABLE CHRISTINA A. SNYDER
                                UNITED STATES DISTRICT JUDGE

**[PROPOSED] ORDER RE: JOINT STIPULATION FOR DISMISSAL**